UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DARION GIPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00187-NCC |
| STEPHEN N. LIMBAUGH, JR., et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on a document filed by plaintiff Darion Gipson that has been construed as a motion to appoint counsel. (Docket No. 15). In the motion, plaintiff states that he needs representation because his rights under the Fourteenth Amendment were violated. However, on September 23, 2020, the Court dismissed plaintiff's complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). (Docket No. 11). As such, the Court will deny plaintiff's motion for appointment of counsel as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel (Docket No. 15) is **DENIED AS MOOT**.

**IT IS HEREBY ORDERED** that an appeal from the denial of this motion would not be taken in good faith.

Dated this 4th day of January, 2021.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE